*/8*

## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
### FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Costello<br>V<br>Paramount Inc | **DISTRICT**<br>SDNY | **DOCKET NUMBER**<br>23-CV-1553 |
| | **JUDGE**<br>Lorna Schofield | **APPELLANT**<br>25-794 |
| | **COURT REPORTER** | **PRO SE APPELLANT**<br>Sue Costello |

| | |
|---|---|
| **Check the applicable provision:**<br><br>☐ I am ordering a transcript.<br><br>☑ I am not ordering a transcript<br><br>**Reason for not ordering a transcript:**<br><br>☑ Copy is already available<br><br>☐ No transcribed proceedings<br><br>☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br>I already have the transcript of my in person meeting with Judge Figueredo and the telephone transcript of my initial call with Judge Schofield. I have the audio of the in person meeting but was denied the audio from the initial call.<br><br>**METHOD OF PAYMENT**  ☐ **Funds**    ☐ **CJA Voucher (CJA 21)** |
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br><br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br><br>☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**<br><br>☐ **OTHER (Specify in the space below):** | **DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)** |

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| **APPELLANT'S SIGNATURE**<br>Sue Costello | **DATE**<br>4/14/2025 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Costello

**CERTIFICATE OF SERVICE***

Docket Number: _25 - 794_

v.

Paramount Global

I, _Sue Costello_ , hereby certify under penalty of perjury that
(print name)

on _4.17.2025_ , I served a copy of _Acknowledgement_
(date)

_and Notice of appearal form + form D8_
(list all documents)

by (select all applicable)**

___ Personal Delivery      _X_ United States Mail      ___ Federal Express or other
Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Yahuda Buchweitz | 767 5th Ave | NY NY | | 10153 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_4/17/2025_
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)